UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AHMED BASHIR,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>Defendants. | Case No. C19-600-RSM<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND STAYING CASE FOR 60 DAYS |

    This matter comes before the Court on Plaintiff's Counsel's Motion to Withdraw filed by Pablo Rojas and Kristina M. Infante of the law firm Podhurst Orseck, P.A. (collectively "Podhurst Orseck") and local counsel Beth E. Terrell. Dkt. #26.[1] Plaintiff's counsel moves to withdraw based on "irreconcilable differences" with Plaintiff Ahmed Bashir. *Id.* at 1. Plaintiff, acting *pro se*, has filed a response asking the Court to temporarily deny his counsel's Motion to Withdraw and allow 90 days for Plaintiff to obtain substitute counsel. Dkt. #27 at 2.

    Under this district's local rules, courts ordinarily permit an attorney to withdraw until 60 days before the discovery cut-off in a civil case. Local Rules W.D. Wash. LCR 83.2(b). Given that case deadlines have not yet been set in this matter, Plaintiff's counsel moved to withdraw

---

[1] Counsel's motion also names attorney Steven C. Marks as counsel for Plaintiff, but the Court notes that Mr. Marks has not appeared in this matter.

ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND STAYING CASE FOR 60 DAYS - 1

more than 60 days before the discovery deadline. Accordingly, the Court GRANTS Plaintiff's Counsel's Motion to Withdraw.

The Court also finds it appropriate to stay this case to allow Plaintiff sufficient time to secure new counsel. Plaintiff has failed to show good cause warranting a 90-day stay. This matter has been pending since April 23, 2019, and Plaintiff and his counsel were aware of the United States' notice of election to decline intervention since as early as January 29, 2021. *See* Dkts. #1, #24. Accordingly, the Court finds a 60-day stay appropriate, after which point case deadlines will be set and Plaintiff must comply with the Court's order dated March 5, 2021. *See* Dkt. #25 (Ordering Plaintiff to serve on Defendants a copy of the Complaint, the United States' Notice of Declination, and the Court's Order dated March 5, 2021).

Accordingly, the Court hereby finds and ORDERS:

(1) Plaintiff's Counsel's Motion to Withdraw, Dkt. #26, is GRANTED. Pablo Rojas, Esq., and Kristina M. Infante, Esq., of the law firm Podhurst Orseck, P.A., and local counsel Beth E. Terrell, Esq., are allowed to withdraw from this matter and no longer represent Plaintiff.

(2) Plaintiff's Request for Stay is GRANTED IN PART. All further proceedings are stayed for sixty (60) days from the date of this Order. Case deadlines will be set when Plaintiff appears with new counsel or when the stay expires, whichever occurs first.

(3) Plaintiff shall keep the Court informed of his current contact information, currently listed as: 2252 Packing Iron Drive, Frisco, Texas 75036, (937) 477-6527.

DATED this 16th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE