UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AHMED BASHIR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:19-cv-00600-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE AND SERVE ANSWER OR OTHER RESPONSE OF DEFENDANT THE BOEING COMPANY |

　　　　This matter comes before the Court on the parties' Stipulated Motion to Extend the Deadline to File and Serve an Answer or Other Response. Dkt. No. 52.

　　　　The Court, having thoroughly considered the parties' stipulation, the applicable law, and the record, GRANTS the stipulation and sets November 2, 2021, as Defendant's deadline to answer or respond to Relator's complaint.

　　　　　　　　　　　　　　**IT IS SO ORDERED**

DATED this 31st day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE - 1