THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AHMED BASHIR,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>        Defendants. | No. 2:19-cv-00600-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE AND SERVE ANSWER OR OTHER RESPONSE OF DEFENDANT JERRY DUNMIRE |

This matter comes before the Court on the parties' Stipulated Motion to Extend the Deadline to File and Serve an Answer or Other Response. Dkt. No. 56.

The Court, having thoroughly considered the parties' stipulation, the applicable law, and the record, GRANTS the stipulation and sets November 2, 2021, as Defendant Jerry Dunmire's deadline to answer or respond to Relator's complaint.

**IT IS SO ORDERED**

DATED this 5th day of October, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO ANSWER
COMPLAINT
(No. 2:19-cv-00600-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: s/ Michael E. Scoville
Michael E. Scoville, Bar No. 44913
Rachel Constantino-Wallace, Bar No. 47160
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
MScoville@perkinscoie.com
RConstantinoWallace@perkinscoie.com

*Attorneys for Defendants The Boeing*
*Company & Jerry Dunmire*

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO ANSWER
COMPLAINT
(No. 2:19-cv-00600-RSM) – 2

1

**CERTIFICATE OF SERVICE**

2          I certify under penalty of perjury that on October 1, 2021, I caused to be electronically filed

3 the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a

4 notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice

5 List.

6          Dated: October 1, 2021

7                                              s/ Michael E. Scoville

8                                              Michael E. Scoville

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 2:19-cv-00600-RSM)