THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AHMED BASHIR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, *et al.*,<br><br>　　　　　Defendants. | No. 2:19-cv-00600-RSM<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINE TO FILE AND SERVE ANSWER OR OTHER RESPONSE OF DEFENDANTS THE BOEING COMPANY AND JERRY DUNMIRE |

This matter comes before the Court on the parties' Second Stipulated Motion to Extend the Deadline to File and Serve an Answer or Other Response. Dkt. No. 58.

The Court, having thoroughly considered the parties' stipulation, the applicable law, and the record, GRANTS the stipulation and sets January 3, 2022, as Defendants' deadline to answer or respond to Relator's complaint.

**IT IS SO ORDERED**

DATED this 29th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT
(No. 2:19-cv-00600-RSM) – 1
92391157.5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 Presented by:

2 By: s/ Michael E. Scoville
Michael E. Scoville, Bar No. 44913
3 Rachel Constantino-Wallace, Bar No. 47160
**Perkins Coie LLP**
4 1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
5 Telephone: 206.359.8000
Facsimile: 206.359.9000
6 MScoville@perkinscoie.com
RConstantinoWallace@perkinscoie.com
7

*Attorneys for Defendants The Boeing
8 Company and Jerry Dunmire*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE TO ANSWER
COMPLAINT
(No. 2:19-cv-00600-RSM) – 2
92391157.5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 28, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: October 28, 2021

s/ Michael E. Scoville
Michael E. Scoville

CERTIFICATE OF SERVICE
(No. 2:19-cv-00600-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

92391157.5