THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. AHMED BASHIR,<br><br>        Relator,<br><br>   v.<br><br>THE BOEING COMPANY, et al.,<br><br>        Defendants. | No. 2:19-cv-00600-RSM<br><br>DEFENDANTS' RESPONSE TO RELATOR'S MOTION TO FILE UNDER SEAL |

    Defendants The Boeing Company and Jerry Dunmire (collectively, the "Boeing Defendants") take no position on Relator Ahmed Bashir's Motion to File Under Seal (the "Motion"). The Boeing Defendants understand that the United States Attorney's Office advised Relator's counsel that an amended complaint should be filed under seal to the extent it contains new allegations of fraudulent conduct. However, Relator's counsel did not provide a copy of the proposed amended complaint to the Boeing Defendants. Without seeing the proposed amended complaint, the Boeing Defendants cannot comment on the nature of the allegations within it.

    The Boeing Defendants emphasize that they reserve all rights with respect to the proposed amended complaint. In the Motion, Relator's counsel states that "the served Defendants have given their written consent" to the Relator's proposed amended complaint pursuant to Federal Rule

DEFENDANTS' RESPONSE TO RELATOR'S
MOTION TO FILE UNDER SEAL
(No. 2:19-cv-00600-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

of Civil Procedure 15(a)(2). This statement is not accurate. The Boeing Defendants have neither seen nor consented to the proposed amended complaint.

As the basis for the Boeing Defendants' supposed written consent to the filing of the proposed amended complaint, Relator's counsel cites a stipulated motion for extension. That motion sought an extension of time for the Boeing Defendants to respond to Relator's original complaint, because "Counsel for Relator . . . indicated that they intend to file an amended complaint." *See* Dkt. 58. But Relator's counsel did not share the proposed amended complaint when the Boeing Defendants sought the extension and still have not done so. Without seeing the proposed amended complaint, the Boeing Defendants certainly were not in position to consent to its filing. Nor did counsel for Relator ever request such consent.

Accordingly, the Boeing Defendants reserve all procedural rights with respect to responding to the proposed amended complaint, including the rights to oppose amendment, to move to dismiss, or to otherwise respond once the proposed amended complaint is unsealed.

Dated: November 23, 2021

By: s/ Michael E. Scoville
Michael E. Scoville, Bar No. 44913
Rachel Constantino-Wallace, Bar No. 47160
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
MScoville@perkinscoie.com
RConstantinoWallace@perkinscoie.com

*Attorneys for Defendants The Boeing Company and Jerry Dunmire*

DEFENDANTS' RESPONSE TO RELATOR'S
MOTION TO FILE UNDER SEAL
(No. 2:19-cv-00600-RSM) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 23, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: November 23, 2021

                                              s/ Michael E. Scoville
                                              Michael E. Scoville

CERTIFICATE OF SERVICE
(No. 2:19-cv-00600-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000