UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AHMED BASHIR,<br><br>  Plaintiff,<br>v.<br><br>THE BOEING COMPANY et al.,<br><br>  Defendants. | CASE NO. 19-CV-00600-LK<br><br>ORDER UNSEALING CASE AND DIRECTING SERVICE OF COMPLAINT |

This matter comes before the Court on the Government's Second Notice of Election to Decline Intervention. Dkt. No. 73. Because the Government has declined to intervene in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court orders the following:

1. Relator's Amended Complaint, this Order, the Government's Second Notice of Election to Decline Intervention, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Amended Complaint, this Order, and the Government's Second Notice of Election to Decline Intervention on Defendants;

ORDER UNSEALING CASE AND DIRECTING SERVICE OF COMPLAINT - 1

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided in 31 U.S.C. § 3730(c)(3);

4. The Government may seek dismissal of Relator's action or claims, may order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time as provided in 31 U.S.C. § 3730(c)(2)(A);

5. The parties shall serve all notices of appeal on the Government;

6. All orders of this Court shall be sent to the Government; and

7. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Government with notice and an opportunity to be heard before ruling on the request.

Dated this 26th day of July, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER UNSEALING CASE AND DIRECTING SERVICE OF COMPLAINT - 2