UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AHMED BASHIR,<br><br>                Plaintiffs,<br>    v.<br><br>THE BOEING COMPANY et al.,<br><br>                Defendants. | CASE NO. 19-CV-00600-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court on Plaintiff-Relator Ahmed Bashir's Notice of Rule 41 Voluntary Dismissal of Defendant GDC Technics, LLC, Dkt. No. 82, and the United States' Notice of Consent to Dismissal, Dkt. No. 83. Pursuant to 31 U.S.C. § 3730(b)(1), the Court ORDERS that all claims set forth in the First Amended Complaint against Defendant GDC Technics, LLC shall be dismissed with prejudice as to the rights of Plaintiff-Relator Bashir and without prejudice as to

//

//

//

ORDER OF DISMISSAL - 1

the rights of the United States.

Dated this 7th day of December, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2