UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. AHMED BASHIR,<br><br>          Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY; JERRY DUNMIRE; and MOHAMMAD HAMAD A. AL ZEER,<br><br>          Defendants. | C19-0600 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The Court's Order, docket no. 117, granting Defendants' motion to dismiss, docket no. 104, is AMENDED as follows. The claims set forth in the Second Amended Complaint, docket no. 96, are DISMISSED with prejudice as to relator Ahmed Bashir and without prejudice as to the United States. Judgment will be entered accordingly.

(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of February, 2025.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1