The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AHMED BASHIR,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, et al.,<br><br>    Defendants. | CASE NO. 2:19-cv-00600-TSZ<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to Local Civil Rule 83.2(b)(3), Assistant United States Attorney Ashley Burns hereby withdraws as an attorney of record in this lawsuit. The Office of the United States Attorney for the Western District of Washington will continue to represent the United States of America in this matter, as Assistant United States Attorney Matt Waldrop will continue as counsel of record.

Service of all further process, pleadings, notices, documents, or other papers for this matter, exclusive of original process, may be made upon the United States of America by serving the Office of the United States Attorney for the Western District of Washington in accordance with the applicable rules.

NOTICE OF WITHDRAWAL OF COUNSEL - 1
CASE NO. 2:19-cv-00600-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | DATED this 12th day of February, 2025. |
| 3 | Respectfully submitted, |
| 4 | TESSA M. GORMAN<br>United States Attorney |
| 5 | |
| 6 | *s/ Ashley C. Burns*<br>ASHLEY C. BURNS, NYBA #5186382<br>Assistant United States Attorney |
| 7 | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 8 | Seattle, Washington 98101-1271<br>Telephone: (206) 553-7970 |
| 9 | Fax: (206) 553-4067<br>E-mail: ashley.burns@usdoj.gov |
| 10 | |
| 11 | *s/ Matt Waldrop*<br>MATT WALDROP, Georgia Bar #349571<br>Assistant United States Attorney |
| 12 | United States Attorney 's Office<br>700 Stewart Street, Suite 5220 |
| 13 | Seattle, Washington 98101-1271<br>Phone: 206-553-7970 |
| 14 | Fax: 206-553-4067<br>Email: james.waldrop@usdoj.gov |
| 15 | *Attorneys for the United States of America* |

NOTICE OF WITHDRAWAL OF COUNSEL - 2
CASE NO. 2:19-cv-00600-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970